JOSEPH A. SCANLAN, JR., SBN 101928
  jas@millermorton.com
ROSANNA E. MORENO, ESQ., SBN 257751
  rem@millermorton.com
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Plaintiffs
MID-PENINSULA SAN PEDRO
ASSOCIATES, LP and MID-PENINSULA HOUSING
COALITION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-PENINSULA SAN PEDRO ASSOCIATES, LP and MID-PENINSULA HOUSING COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SAFETY INDEMNITY COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CV-11-3689SC<br><br>[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY |

Pursuant to the Stipulation To Dismiss filed by Plaintiffs Mid-Peninsula San Pedro Associates and Peninsula Housing Coalition in the above entitled proceeding, IT IS HEREBY ORDERED, that: Defendant American Safety Indemnity Company is hereby dismissed without prejudice. Each party to bear their own attorneys fees and costs.

*IT IS SO ORDERED*
*Judge Samuel Conti*

Dated: April ____, 2012

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.2012Litigation:3359.1

## COURT SERVICE LIST

Ronald Nelson, Esq.
Blau & Associates, P.C.
6080 Center Drive, Suite 550
Los Angeles, California 90045

Joseph A. Scanlan, Jr., Esq.
Miller, Morton, Caillat & Nevis, LLP
25 Metro Dr., 7th Fl.
San Jose, California 95110